IN THE MATTER OF THE PETITION    *    **In the**
FOR REINSTATEMENT OF MIKE MEIER
TO THE BAR OF MARYLAND    *    **Court of Appeals**

         *    **of Maryland**

         *    **Misc. Docket AG No. 79**

         *    **September Term, 2017**

## O R D E R

Upon consideration of the Petition for Reinstatement of Mike Meier and the response

filed thereto by Bar Counsel, in the above captioned case, it is this <u>19th</u> day of <u>June</u>, 2018,

ORDERED, by the Court of Appeals of Maryland, that the petition be, and it is hereby,

GRANTED, and the petitioner, Mike Meier, be, and is hereby, reinstated to the practice of

law in this State; and it is further

ORDERED, that the Clerk of the Court shall replace the name of Mike Meier upon the

register of attorneys entitled to practice law in this State and certify that fact to the Trustees of

the Client Protection Fund and the Clerks of all judicial tribunals in this state.


                         /s/ Mary Ellen Barbera
                         Chief Judge



# Court of Appeals
## of Maryland
### Robert C. Murphy Courts of Appeal Building
### 361 Rowe Boulevard
### Annapolis, Maryland 21401-1699

410-260-1500
1-800-926-2583

Bessie M. Decker
Clerk

Suzanne C. Johnson
Chief Deputy

Marie Warrick
Doneice Burnette
Rachael Spicknall
Kisha Taylor-Wallace
Deputies

Allison Festa
Administrative Support

Sara Rice
Senior Recorder

Sandra Belt
Assistant Recorder

# **N O T I C E**

June 19, 2018

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that the name of

**MIKE MEIER**

5625 76TH Street
Cabin John, Maryland 20818

has been replaced upon the register of attorneys in this Court as of June 19, 2018.  Notice of this action is certified in accordance with Maryland Rule 19-761.

IN TESTIMONY WHEREOF, I have hereunto set my hand as Clerk and affixed the seal of the Court of Appeals of Maryland this nineteenth day of June, 2018.

_/s/ Bessie M. Decker_
Clerk
Court of Appeals of Maryland

TTY FOR DEAF: 410-260-1554